**Dismissed and Memorandum Opinion filed October 23, 2012.**



In The

## Fourteenth Court of Appeals

NO. 14-11-00933-CV

### LEVIATHAN ENTERPRISE GROUP, INC., ET AL, Appellants

### V.

### ULYSSES W. WATKINS JR., Appellee

**On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Cause No. 44409**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a judgment signed January 26, 2011. Appellant filed an untimely motion for new trial on March 25, 2011. Appellant's notice of appeal was filed October 20, 2011.

When appellant has filed a timely motion for new trial the notice of appeal must be filed within ninety days after the date the judgment is signed. *See* Tex. R. App. P. 26.1(a).

Appellant's notice of appeal was not filed timely, nor was it filed within the fifteen-day period provided by Texas Rule of Appellate Procedure 26.3

On September 12, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

The appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Christopher, and Jamison.